UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

 - against -                                                                                          No. 22 Civ. 1115 (LGS)

ROBERT LENARD BOOTH, a/k/a TREVOR
NICHOLAS, DANIEL T. WELLCOME JR.,
MICHAEL D'URSO, ANTONELLA
CHIARAMONTE, ALYSSA D'URSO, and JAY
GARNOCK,

        Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on March 31, 2022, the Government submitted a motion seeking to intervene in this action and seeking a stay of this action, in light of the pendency of the parallel criminal action *United States v. Robert Lenard Booth, et al.*, S1 21 Cr. 652 (JSR) (the "Criminal Action"), in which an indictment has been returned; and

WHEREAS, defendants Robert Lenard Booth, Daniel T. Wellcome, Michael D'Urso, Antonella Chiaramonte, Alyssa D'Urso, and Jay Garnock consent to a stay; and

WHEREAS, the Securities and Exchange Commission (the "SEC") does not oppose the stay requested by the Government; and

WHEREAS, the Court finds that the stay requested by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED;

**IT IS FURTHER ORDERED** that proceedings in this action are stayed in their entirety during the pendency of the Criminal Action, without prejudice to an application by any party for a partial lifting of the stay based on subsequent developments in the Criminal Case.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 22.

SO ORDERED:

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

April 1, 2022
_____
DATE