UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
SECURITIES AND EXCHANGE :
COMMISSION, : 22 Civ. 1115 (LGS)
                              Plaintiff, :
              -against- : ORDER
 :
ROBERT LENARD BOOTH, et al., :
                              Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's March 3, 2022, Order set a conference for April 13, 2022. (Dkt. No. 5.)

WHEREAS, on April 1, 2022, the Court granted the Government's motion to intervene and stayed this action in its entirety during the pendency of the Criminal Action, without prejudice to an application by any party for a partial lifting of the stay based on subsequent developments in the Criminal Case.  (Dkt. No. 25.)  It is hereby

**ORDERED** that the initial conference scheduled for April 13, 2022, is **ADJOURNED sine die.**

Dated: April 11, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE