

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549

DIVISION OF
ENFORCEMENT

Melissa Armstrong
Supervisory Trial Counsel
Tel: 202-551-4724
Email: armstrongme@sec.gov

March 12, 2024

**VIA ECF**

The Honorable Jennifer H. Reardon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Booth, et al.*, Case No. 1:22-cv-01115-JHR (S.D.N.Y.)

Dear Judge Reardon:

    Pursuant to your order dated March 5, 2024, Plaintiff Securities and Exchange Commission writes to update the Court regarding this case.

## Background

    The SEC filed its complaint in February 2022 against six defendants, each of whom was properly served or waived service of process. ECF Nos. 16-21. One of the six defendants, Daniel Wellcome, entered into a bifurcated settlement with the SEC, and on April 1, 2022, Judge Marrero entered a judgment against Wellcome that imposed certain injunctive relief but left open the possibility that the SEC might seek monetary relief in the future. ECF No. 26.

    Also on April 1, 2022, Judge Marrero stayed the case upon the motion of the United States of America, pending resolution of a parallel criminal matter, *United States v. Booth, et al.*, 21-cr-00652-JSR, in which five of the six defendants (not including Wellcome) had been criminally charged. ECF No. 25.

    In the *Booth* criminal case, three of the five defendants, Michael D'Urso, Antonella Chiaramonte, and Jay Garnock pleaded guilty; one, Alyssa D'Urso, entered into a deferred prosecution agreement; and one, Robert Lenard Booth, proceeded to trial. Booth was convicted on all counts against him and appealed his conviction. On March 4, 2024, the Second Circuit affirmed his conviction and sentence. With that affirmance, it appears the criminal proceeding has now fully resolved.

Wellcome was separately indicted in a different parallel criminal matter, *United States v. Wellcome*, 22-cr-196-PKC. Although he has pleaded guilty, he has not yet been sentenced. Because terms of Wellcome's criminal sentence may affect whether (or to what extent) the SEC seeks monetary relief against him, the SEC has not yet determined whether it will file an additional motion as to him.

### Planned Activity

The SEC is attempting to contact the remaining defendants in the hope of resolving its claims against them without the need of further intervention by the Court. In the event the parties are not able to fully resolve the matter, the SEC is prepared to move forward with its litigation, through either a motion for default judgment, a motion for summary judgment, or full discovery and trial.

The SEC respectfully asks the Court to set deadlines by which each remaining defendant (Booth, Michael D'Urso, Alyssa D'Urso, Chiaramonte, and Garnock) shall answer the Commission's complaint.

Respectfully submitted,

/s/ Melissa Armstrong
Melissa Armstrong

cc:   All defendants

CERTIFICATE OF SERVICE

      I certify that on March 12, 2024, I caused the foregoing letter to be served via U.S. mail on the following:

ROBERT LENARD BOOTH
REGISTER NUMBER: 29932-054
5756 HARTFORD &
POINTVILLE RD
JOINT BASE MDL, NJ  08640

MICHAEL U'DURSO
REGISTER NUMBER: 85400-509
DANBURY FCI
33 1/2 PEMBROKE STATION
ROUTE 37
DANBURY, CT  06811

ALYSSA D'URSO
320 GLEN COVE RD
FL 1ST
GLEN HEAD, NY 11545

JAY GARNOCK
12560 MAJESTY CIR
APT 307
BOYNTON BEACH, FL 33437-7216

ANTONELLA CHIARAMONTE
6844 CLOVERDALE BLVD
APT A
OAKLAND GARDENS, NY 11364

DANIEL WELLCOME
44 WALTER AVE
HICKSVILLE, NY 11801


                    /s/ Melissa Armstrong
                    Melissa Armstrong