

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

Stephen T. Kaiser
Trial Counsel
Division of Enforcement
Tel: (202) 551-4619
Email: Kaisers@sec.gov

January 13, 2025

<u>BY ECF</u>

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

    Re: *SEC v. Robert Lenard Booth, et al.*, 1:22-cv-01115-JHR

Dear Judge Rearden,

    Plaintiff Securities and Exchange Commission files this status report to notify the Court of its continuing efforts to resolve this matter.

    The SEC has continued to be in contact with almost all the remaining Defendants regarding a potential resolution of the SEC's claims against them. Two have now agreed to resolve, and the SEC is continuing its efforts to resolve with two additional Defendants, from whom we are awaiting signed settlement papers. If those efforts are unsuccessful, however, the SEC expects to request a Clerk's Certificate of Default against them.

    Before the SEC can move the Court for default judgment, approval of any settlement, or dismissal, as appropriate, counsel will need to engage in some internal processes, which may take several weeks.

The SEC may file an additional update, if necessary, in 90 days.

                                          Respectfully submitted,

                                          <u>/s/ Stephen T. Kaiser</u>
                                          Stephen T. Kaiser
                                          100 F St., N.E.
                                          Washington, D.C.  20549
                                          (202) 551-4619
                                          Kaisers@sec.gov


cc: All Defendants, by mail at their respective last known addresses

## CERTIFICATE OF SERVICE

    I certify that on January 13, 2025, I caused a copy of the foregoing to be served on each defendant in this matter by mailing it to each at his or her last known address.

/s/ Stephen T. Kaiser
Stephen T. Kaiser
