

# # #
**UNITED STATES**
# # #
**SECURITIES AND EXCHANGE COMMISSION**
# #
WASHINGTON, D.C. 20549
# # # # #

**DIVISION OF
ENFORCEMENT**

Melissa Armstrong
Supervisory Trial Counsel
Division of Enforcement
Tel: (202) 551-4724
Email: armstrongme@sec.gov

April 11, 2025

<u>BY ECF</u>

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re: *SEC v. Robert Lenard Booth, et al.*, 1:22-cv-01115-JHR

Dear Judge Rearden,

Plaintiff Securities and Exchange Commission files this status report to notify the Court of its continuing efforts to resolve this matter.

The SEC has reached agreements in principle to resolve its claims as to almost all of the remaining defendants. Before the SEC can present these resolutions to the Court, it must first obtain internal approval from the full Commission, which will take at least several weeks.

The SEC may file an additional update, if necessary, in 90 days.

Respectfully submitted,

/s/ Melissa Armstrong
Melissa Armstrong

cc: All Defendants, by mail at their respective last known addresses