UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,

                  v.

ROBERT LENARD BOOTH, a/k/a TREVOR NICHOLAS, DANIEL T. WELLCOME JR., MICHAEL D'URSO, ANTONELLA CHIARAMONTE, ALYSSA D'URSO, and JAY GARNOCK

                                Defendants.

C.A. No. 1:22-cv-1115-JHR

---

## MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS MICHAEL D'URSO, JAY GARNOCK, ANTONELLA CHIARAMONTE, AND ALYSSA D'URSO

Plaintiff Securities and Exchange Commission respectfully moves the Court to enter final judgments according to the settlements between the Commission and Defendants Michael D'Urso, Jay Garnock, Antonella Chiaramonte, and Alyssa D'Urso (collectively, the "settling Defendants").

Attached hereto as Exhibits 1-4 are the executed Consents of the settling Defendants, setting forth the terms of their respective settlements. Attached hereto as Exhibits 5-8 are the proposed Final Judgments to which the settling Defendants have agreed.

The settling Defendants have consented to entry of the proposed Final Judgments, and this motion is therefore unopposed. The Commission submits that the proposed Final Judgments are fair, reasonable, adequate, and in the public interest. The Commission therefore respectfully asks the Court to enter the proposed Final Judgments.

1

2

The Commission is simultaneously filing a notice of dismissal of all claims pending in this matter against Defendant Robert Lenard Booth, who is deceased.

The Commission hopes to resolve its pending claims against the last remaining defendant, Daniel Wellcome, in the near future and will update the Court regarding those efforts within 90 days of this letter.

Dated: May 30, 2025　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Melissa Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　　MELISSA ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Securities and
　　　　　　　　　　　　　　　　　　　　　　　　　Exchange Commission
　　　　　　　　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20549
　　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (202) 551-4724
　　　　　　　　　　　　　　　　　　　　　　　　　Email:  armstrongme@sec.gov

## CERTIFICATE OF SERVICE

I certify that on May 30, 2025, I caused a copy of the foregoing to be served on Defendants by mailing it to them at their last known addresses.

*/s/ Melissa Armstrong*
MELISSA ARMSTRONG
