UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  v.<br><br>ROBERT LENARD BOOTH, a/k/a TREVOR NICHOLAS, DANIEL T. WELLCOME JR., MICHAEL D'URSO, ANTONELLA CHIARAMONTE, ALYSSA D'URSO, and JAY GARNOCK<br><br>         Defendants. | C.A. No. 1:22-cv-1115-JHR |

## NOTICE OF DISMISSAL AS TO DEFENDANT ROBERT LENARD BOOTH a/k/a TREVOR NICHOLAS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission hereby dismisses all claims pending in this action against Defendant Robert Lenard Booth a/k/a Trevor Nicholas. Booth never filed an answer or summary judgment motion in this matter, and he is now deceased.

Dated: May 30, 2025             Respectfully submitted,

                      */s/ Melissa Armstrong*
                      MELISSA ARMSTRONG
                      U.S. Securities and
                      Exchange Commission
                      100 F Street, N.E.
                      Washington, D.C. 20549
                      Tel: (202) 551-4724
                      Email: armstrongme@sec.gov

2

## CERTIFICATE OF SERVICE

I certify that on May 30, 2025, I caused a copy of the foregoing to be served on Defendants by mailing it to them at their last known addresses.

*/s/ Melissa Armstrong*
MELISSA ARMSTRONG