The Clerk of Court is directed to terminate Defendant Robert Lenard Booth from the case. The Clerk of Court is further directed not to close this case.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated:  June 4, 2025
C.A. No. 1:22-cv-1115-JHR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

ROBERT LENARD BOOTH, a/k/a TREVOR NICHOLAS, DANIEL T. WELLCOME JR., MICHAEL D'URSO, ANTONELLA CHIARAMONTE, ALYSSA D'URSO, and JAY GARNOCK

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025

### NOTICE OF DISMISSAL AS TO DEFENDANT ROBERT LENARD BOOTH a/k/a TREVOR NICHOLAS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission hereby dismisses all claims pending in this action against Defendant Robert Lenard Booth a/k/a Trevor Nicholas. Booth never filed an answer or summary judgment motion in this matter, and he is now deceased.

Dated: May 30, 2025

Respectfully submitted,

*/s/ Melissa Armstrong*
MELISSA ARMSTRONG
U.S. Securities and
Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
Tel:  (202) 551-4724
Email:  armstrongme@sec.gov

## CERTIFICATE OF SERVICE

    I certify that on May 30, 2025, I caused a copy of the foregoing to be served on Defendants by mailing it to them at their last known addresses.

*/s/ Melissa Armstrong*
MELISSA ARMSTRONG
